IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 95-659 |
| JAMES SPENCER | |

### ORDER

**AND NOW**, this 4th day of November, 2020, upon consideration of Defendant's *pro se* Motion for Compassionate Release (ECF No. 137 and 139) and the Government's Response thereto (ECF No. 142), **IT IS ORDERED** that Defendant's Motion is **DENIED.**

Upon consideration of the Government's motion (ECF No. 144) and after balancing the public right of access to court documents with ensuring the right to privacy in medical records, **IT IS FURTHER ORDERED** that the Government's Sealed Exhibit A (ECF No. 143) is impounded until further order. The Clerk of Court is directed to make no public docket entry of the sealed document or motion and order to seal, and to provide copies of all sealed documents only to the parties.

**BY THE COURT:**

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**